**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-6235**

NATHANIEL LEKAI HART,

                    Plaintiff - Appellant,

          v.

BOBBY SHEARIN,

                    Defendant - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  George L. Russell, III, District Judge.
(1:14-cv-02477-GLR)

Submitted:  October 14, 2016          Decided:  October 25, 2016

Before DUNCAN, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Nathaniel Lekai Hart, Appellant Pro Se.  Stephanie Judith Lane-
Weber, Assistant Attorney General, Baltimore, Maryland, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nathaniel Lekai Hart appeals the district court's order granting Bobby Shearin's motion for summary judgment and denying relief on Hart's 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Hart v. Shearin</u>, No. 1:14-cv-02477-GLR (D. Md. Jan. 15, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>